IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MAGEN BARRETT,<br><br>       Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>       Defendant. | No. 4:12-cv-00480-SMR-RAW<br>(Lead Case)<br><br>**ORDER GRANTING PLAINTIFF BARRETT'S MOTION TO CONSOLIDATE FOR DISCOVERY AND PRETRIAL PURPOSES** |
| ANDREW BRADSHAW,<br><br>       Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>       Defendant. | No. 4:12-cv-00481-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |
| RICHARD BUUS,<br><br>       Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>       Defendant. | No. 4:12-cv-00482-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |

| | |
|---|---|
| TZUU CHYANG CHIU,<br><br>        Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>        Defendant. | No. 4:12-cv-00485-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |
| PATRICIA DWORAK,<br><br>        Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>        Defendant. | No. 4:12-cv-00486-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |
| JERRY ESTRADA,<br><br>        Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>        Defendant. | No. 4:12-cv-00488-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |

| | |
|---|---|
| JAMES FISCHER,<br><br>         Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>         Defendant. | No. 4:12-cv-00490-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |
| MARK HENRY,<br><br>         Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>         Defendant. | No. 4:12-cv-00491-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |
| MORGAN KIRBY,<br><br>         Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>         Defendant. | No. 4:12-cv-00492-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |

| | |
|---|---|
| VIRGINIA SMITH,<br><br>        Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>        Defendant. | No. 4:12-cv-00495-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |
| MARK WALTERS,<br><br>        Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>        Defendant. | No. 4:12-cv-00496-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |
| JEREMY SMITH,<br><br>        Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>        Defendant. | No. 4:12-cv-00499-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |

| | |
|---|---|
| THOMAS CAMBRON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>　　　　Defendant. | No. 4:12-cv-00500-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |
| TIMOTHY ERICKSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>　　　　Defendant. | No. 4:12-cv-00532-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |
| JAMES PALMER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>　　　　Defendant. | No. 4:12-cv-00533-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |

| | |
|---|---|
| STEFANIE SMITH,<br><br>        Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>        Defendant. | No. 4:12-cv-00537-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-00480-SMR-RAW) |
| TRACEY DRURY-CARD,<br><br>        Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>        Defendant. | No. 4:12-cv-00547-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-00480-SMR-RAW) |
| JERRY LARRABEE,<br><br>        Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>        Defendant. | No. 4:12-cv-00548-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-00480-SMR-RAW) |

| | |
|---|---|
| SCOTT STEINBECK,<br><br>       Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>       Defendant. | No. 4:12-cv-00583-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |
| LISA BUSHBY,<br><br>       Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>       Defendant. | No. 4:12-cv-00591-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |
| JOSEPH ELLIOTT,<br><br>       Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>       Defendant. | No. 4:12-cv-00592-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |

| | |
|---|---|
| JASON VROMAN, | No. 4:13-cv-00044-SMR-RAW |
| Plaintiff, | |
| | (Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |
| vs. | |
| HY-VEE, INC., | |
| Defendant. | |
| MARK WELLIK, | No. 4:13-cv-00045-SMR-RAW |
| Plaintiff, | |
| | (Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |
| vs. | |
| HY-VEE, INC., | |
| Defendant. | |
| ROGER HORNBY, | No. 4:13-cv-00081-SMR-RAW |
| Plaintiff, | |
| | (Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |
| vs. | |
| HY-VEE, INC., | |
| Defendant. | |

Before the Court is a Motion to Consolidate [ECF No. 8] filed by plaintiff Magen Barrett. Plaintiff asks that this case be consolidated with subsequently filed cases for discovery and pretrial purposes pursuant to Federal Rule of Civil Procedure 42 and Local Rule 72(c)(4).

Defendant Hy-Vee, Inc. ("Hy-Vee") filed an opposition [ECF No. 13], and plaintiff filed a reply [ECF No. 15].  In response to this Court's question as to whether counsel for the plaintiffs in six newer cases wished to join in the motion, counsel filed a Notice of Consolidation in each of those cases stating that they did wish to join.[1]  Defendant also filed a Notice of Opposition to Consolidation in each of those six cases.  The motion is fully submitted.

## I.      Standards

Federal Rule of Civil Procedure 42(a) states: "If actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay."  Consolidation is permitted as a matter of convenience and economy in administration, but does not merge the suits into a single cause, or change the rights of the parties, or make those who are parties in one suit parties in another.  *Enter. Bank v. Saettele*, 21 F.3d 233, 235 (8th Cir. 1994) (quotation and citations omitted).

## II.     Summary of the Arguments

Plaintiff contends that the cases involve common questions of law and fact.  Mot. to Consolidate [ECF No. 8] at 1.  While the plaintiffs in these cases managed different departments in different stores, plaintiff argues that the same legal theories under the same law will be

---

[1]The additional cases are *Steinbeck v. Hy-Vee, Inc.*, Case No. 4:12-cv-00583-SMR-RAW; *Bushby v. Hy-Vee, Inc.*, Case No. 4:12-cv-00591-SMR-RAW; *Elliott v. Hy-Vee, Inc.*, Case No. 4:12-cv-00592-SMR-RAW; *Vroman v. Hy-Vee, Inc.*, Case No. 4:13-cv-00044-SMR-RAW; *Wellik v. Hy-Vee, Inc.*, Case No. 4:13-cv-00045-SMR-RAW; and *Hornby v. Hy-Vee, Inc.*, 4:13-cv-00081-SMR-RAW.

analyzed, and a substantial amount of both written and deposition discovery will overlap between the cases. *Id.* at 3. Given the similarities, plaintiff contends that proceeding in a single action for discovery and pretrial purposes is likely to conserve judicial resources and promote their efficient determination, and avoid needless duplication of effort and expense or conflicting results. *Id.* Plaintiff adds that this litigation will also involve common pleadings and motion practice. Reply in Supp. of Mot. to Consolidate [ECF No. 15] at 3.

Hy-Vee acknowledges that the plaintiffs in these cases are asserting the same legal claims, but contends that the witnesses, documents, and other evidence needed to decide those claims will come from the stores where those plaintiffs worked, and accordingly, consolidation is not the answer. Def. Hy-Vee's Opp'n to Pl.'s Mot. to Consolidate [ECF No. 13] at 1. Hy-Vee argues that in order to determine whether each of the plaintiffs qualified as exempt under the Fair Labor Standards Act ("FLSA"), the Court and/or the jury will need to assess the testimony of the people who worked with each individual plaintiff. *Id.* at 2. Hy-Vee contends that the cases have very little, if any, overlap, and that plaintiffs have not alleged that Hy-Vee had a common policy or practice of classifying Department Managers under the FLSA. *Id.* at 2-3. Hy-Vee contends that the only common issue is that the plaintiffs have all sued under the FLSA, and that this commonality alone is insufficient to justify consolidation. *Id.* at 3.

## III.   Analysis

The Court has denied the Motions to Transfer these cases. Despite the alleged factual differences between them, there is at least a common question of law to be addressed. Rule 42(a) allows consolidation if actions involve a common question of law or fact, and this standard

is satisfied.  There may be common factual issues as well.  It should be noted that at this point,

plaintiff has requested only consolidation for discovery and pretrial purposes, not trial purposes,

which is just one basis on which Hy-Vee's reliance on *Williams v. County of Dakota, Nebraska*,

8:09CV201, 8:09CV288, 2012 U.S. Dist. LEXIS 164857 (D. Neb. Nov. 19, 2012), may be

distinguished.  The Court believes that consolidation of these cases for discovery and pretrial

purposes would be in the interests of convenience and economy in administration.  *See Enter.*

*Bank*, 21 F.3d at 235.  The Court need not yet decide whether consolidation for trial would be

appropriate.  *See Jones v. Qwest Commc'ns Int'l, Inc.*, No. 07-2979 (MJD/AJB), No. 06-3523

(MJD/AJB), 2007 U.S. Dist. LEXIS 85872, at *7-8 (D. Minn. Nov. 20, 2007) (citation omitted).

## IV.   Conclusion

The Court GRANTS the Motion to Consolidate [ECF No. 8] in Case No. 4:12-cv-00480-

SMR-RAW.  Therefore, the Court ORDERS that the following 23 cases be consolidated for

discovery and pretrial purposes with *Barrett v. Hy-Vee, Inc.*, Case No. 4:12-cv-00480-SMR-

RAW:

*Andrew Bradshaw v. Hy-Vee, Inc.*, Case No. 4:12-cv-00481-SMR-RAW

*Richard Buus v. Hy-Vee, Inc.*, Case No. 4:12-cv-00482-SMR-RAW

*Tzuu Chyang Chiu v. Hy-Vee, Inc.*, Case No. 4:12-cv-00485-SMR-RAW

*Patricia Dworak v. Hy-Vee, Inc.*, Case No. 4:12-cv-00486-SMR-RAW

*Jerry Estrada v. Hy-Vee, Inc.*, Case No. 4:12-cv-00488-SMR-RAW

*James Fischer v. Hy-Vee, Inc.*, Case No. 4:12-cv-00490-SMR-RAW

*Mark Henry v. Hy-Vee, Inc.*, Case No. 4:12-cv-00491-SMR-RAW

*Morgan Kirby v. Hy-Vee, Inc.*, Case No. 4:12-cv-00492-SMR-RAW

*Virginia Smith v. Hy-Vee, Inc.*, Case No. 4:12-cv-00495-SMR-RAW

*Mark Walters v. Hy-Vee, Inc.*, Case No. 4:12-cv-00496-SMR-RAW

*Jeremy Smith v. Hy-Vee, Inc.*, Case No. 4:12-cv-00499-SMR-RAW

*Thomas Cambron v. Hy-Vee, Inc.*, Case No. 4:12-cv-00500-SMR-RAW

*Timothy Erickson v. Hy-Vee, Inc.*, Case No. 4:12-cv-00532-SMR-RAW

*James Palmer v. Hy-Vee, Inc.*, Case No. 4:12-cv-00533-SMR-RAW

*Stefanie Smith v. Hy-Vee, Inc.*, Case No. 4:12-cv-00537-SMR-RAW

*Tracey Drury-Card v. Hy-Vee, Inc.*, Case No. 4:12-cv-00547-SMR-RAW

*Jerry Larrabee v. Hy-Vee, Inc.*, Case No. 4:12-cv-00548-SMR-RAW

*Scott Steinbeck v. Hy-Vee, Inc.*, Case No. 4:12-cv-00583-SMR-RAW

*Lisa Bushby v. Hy-Vee, Inc.*, Case No. 4:12-cv-00591-SMR-RAW

*Joseph Elliott v. Hy-Vee, Inc.*, Case No. 4:12-cv-00592-SMR-RAW

*Jason Vroman v. Hy-Vee, Inc.*, Case No. 4:13-cv-00044-SMR-RAW

*Mark Wellik v. Hy-Vee, Inc.*, Case No. 4:13-cv-00045-SMR-RAW

*Roger Hornby v. Hy-Vee, Inc.*, Case No. 4:13-cv-00081-SMR-RAW

All future filings related to discovery and pretrial matters shall be filed in lead case number 4:12-cv-00480 only, with the consolidated caption shown above. *See* LR 10(f).

The deadline to file a proposed scheduling order and discovery plan is fourteen days after the ruling on this motion, which would be **May 7, 2013**.

IT IS SO ORDERED.

Dated this 23rd day of April, 2013.

_____
STEPHANIE M. ROSE
UNITED STATES DISTRICT JUDGE