**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| MAGEN BARRETT, <br><br>          Plaintiff, <br><br> vs. <br><br> HY-VEE, INC., <br><br>          Defendant. | No. 4:12-CV-00480-SMR-RAW <br> (Lead Case) <br><br><br> **SCHEDULING ORDER AND DISCOVERY PLAN** |
| ANDREW BRADSHAW, <br><br>          Plaintiff, <br><br> vs. <br><br> HY-VEE, INC., <br><br>          Defendant. | No. 4:12-CV-00481-SMR-RAW <br><br> (Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |
| RICHARD BUUS, <br><br>          Plaintiff, <br><br> vs. <br><br> HY-VEE, INC., <br><br>          Defendant. | No. 4:12-CV-00482-SMR-RAW <br><br> (Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |

1

| | |
|---|---|
| TZUU CHYANG CHIU,<br><br>                    Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>                    Defendant. | No. 4:12-CV-00485-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |
| PATRICIA DWORAK,<br><br>                    Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>                    Defendant. | No. 4:12-CV-00486-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |
| JERRY ESTRADA,<br><br>                    Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>                    Defendant. | No. 4:12-CV-00488-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |

| | |
|---|---|
| JAMES FISCHER,<br><br>    Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>    Defendant. | No. 4:12-CV-00490-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |
| MARK HENRY,<br><br>    Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>    Defendant. | No. 4:12-CV-00491-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |
| MORGAN KIRBY,<br><br>    Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>    Defendant. | No. 4:12-CV-00492-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |

| | |
|---|---|
| VIRGINIA SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>    Defendant. | No. 4:12-CV-00495-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |
| MARK WALTERS,<br><br>    Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>    Defendant. | No. 4:12-CV-00496-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |
| JEREMY SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>    Defendant. | No. 4:12-CV-00499-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |

| | |
|---|---|
| THOMAS CAMBRON,<br><br>          Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>          Defendant. | No. 4:12-CV-00500-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |
| TIMOTHY ERICKSON,<br><br>          Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>          Defendant. | No. 4:12-CV-00532-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |
| JAMES PALMER,<br><br>          Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>          Defendant. | No. 4:12-CV-00533-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |

| | |
|---|---|
| STEPHANIE SMITH,<br><br>        Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>        Defendant. | No. 4:12-CV-00537-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |
| TRACEY DRURY-CARD,<br><br>        Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>        Defendant. | No. 4:12-CV-00547-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |
| JERRY LARRABEE,<br><br>        Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>        Defendant. | No. 4:12-CV-00548-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |

| | |
|---|---|
| SCOTT STEINBECK,<br><br>                     Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>                     Defendant. | No. 4:12-CV-00583-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |
| LISA BUSHBY,<br><br>                     Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>                     Defendant. | No. 4:12-CV-00591-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |
| JOSEPH ELLIOTT,<br><br>                     Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>                     Defendant. | No. 4:12-CV-00592-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |

| | |
|---|---|
| JASON VROMAN,<br><br>Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>Defendant. | No. 4:13-CV-00044-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |
| MARK WELLIK,<br><br>Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>Defendant. | No. 4:13-CV-00045-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |
| ROGER HORNBY,<br><br>Plaintiff,<br><br>vs.<br><br>HY-VEE, INC.,<br><br>Defendant. | No. 4:13-CV-00081-SMR-RAW<br><br>(Consolidated for discovery and pretrial purposes with No. 4:12-cv-00480-SMR-RAW) |

Counsel have conferred and submit the following case information and proposed dates for case management:

8

1.      Did the parties both (a) enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information? __X__ yes _____ no

*If any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 10 days after this order and plan has been filed, serve and file a document in which the objections are set forth with particularity.* If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made: **May 24, 2013.**

2.      Deadline for motions to add parties: **June 7, 2013.**

3.      Deadline for motions to amend pleadings: **June 7, 2013.**

4.      Expert witnesses disclosed by:
        a) Plaintiff: **August 30, 2013.**
        b) Defendant: **September 27, 2013.**
        c) Plaintiff Rebuttal: **October 18, 2013.**

5.      Deadline for *completion* of discovery: **March 14, 2014.**

6.      Dispositive motions deadline (*at least 120 days before Trial Ready Date*): **May 16, 2014.**

7.      Trial Ready Date (*at least 120 days after Dispositive Motions Date*): **August 15, 2014.  The parties note that they will need 24 different trial dates with sufficient time between them to prepare for the next trial.**

8.      Has a jury demand been filed? __X__ yes _____ no

9.      Estimated length of trial: __3__ days per plaintiff

10.     Settlement conference (choose one of the following):

(a) ___ A court-sponsored settlement conference should be set by the court at this time for a date after: _____; or

(b) **X** A court-sponsored settlement conference is not necessary at this time.

11.   Should the court order a court-sponsored scheduling and planning conference pursuant to Fed. R. Civ. P. 16(b) and 26(f)? ____ yes **X** no.

12.   Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3)? **X** yes _____ no

<u>**JUDGE'S REVISIONS**</u>

The deadline in Paragraph _____ is changed to _____.
The deadline in Paragraph _____ is changed to _____.
The deadline in Paragraph _____ is changed to _____.

**IT IS ORDERED** that this proposed Scheduling Order and Discovery Plan _____ **is** _____ **is not** approved and adopted by this court.

**IT IS FURTHER ORDERED** that a scheduling and planning conference:
___ will not be scheduled at this time.
___ will be held in the chambers of Judge _____ at the U.S. Courthouse in _____, Iowa, on the _____ day of _____, at _____ o'clock, ___.m.
___ will be held by telephone conference, initiated by the court, on the_____ day of _____, at _____ o'clock, ___.m.

**DATED** this _____ day of _____.

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case is referred to a U.S. Magistrate Judge for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the consent of the parties.

**DATED** this _____ day of _____.


_____
UNITED STATES DISTRICT JUDGE


Dated:  May 6, 2013                          Respectfully Submitted,

**BERG, ROUSE, SPAULDING, & SCHMIDT PLC**
Ward Rouse IA Bar No.  AT0006841
4940 Pleasant Street
West Des Moines, Iowa 50266
Telephone: (515) 223-9000
Facsimile:  (515) 223-9005
Email: ward.rouse@brsslaw.com

**STUEVE SIEGEL HANSON LLP**


*/s/ Ashlea G. Schwarz*
George A. Hanson  MO Bar No. 43450
(admitted *pro hac*)
Ashlea G. Schwarz MO Bar No. 60102
(admitted *pro hac*)
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:   (816) 714-7100
Facsimile:    (816) 714-7101
Email: hanson@stuevesiegel.com
Email: ashlea@stuevesiegel.com

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Jeannie M. DeVeney (with permission)*
Jeannie M. DeVeney, IA Bar #19283
LITTLER MENDELSON, PC
1201 Walnut St., Suite 1450

11

Kansas City, MO  64106
Telephone:   (816) 627-4400
Facsimile:    (816) 627-4444
Email:  jdeveney@littler.com

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on the 6th day of May, 2013, the foregoing document was filed via the Court's CM/ECF system, which sent record of the document to the parties of record.

*/s/ Ashlea G. Schwarz*
Attorney for Plaintiffs

12